**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| MARK A. JACOBY, | : No. 126 EAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| RITE AID CORPORATION, THE | : |
| PROCTER & GAMBLE DISTRIBUTING, | : |
| LLC, THE PROCTER & GAMBLE | : |
| MANUFACTURING COMPANY, AND | : |
| THE PROCTER & GAMBLE COMPANY, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2015, the Petition for Allowance of Appeal and Application for Leave to File Post-Submission Communication are **DENIED**.

    Mr. Justice Stevens did not participate in the consideration or decision of this matter.